IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00214-RBJ | Date: March 24, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: N/A | Probation: Justine Kozak |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | *James R. Boma* |
| v. | |
| 4. SHAWN JOSEPH BARRETT<br>**Defendant(s)** | *David S. Kaplan* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**  9:00 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding the defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [222] Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines and Title 18, United States Code, Section 3553(e) is GRANTED.

[223] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) is GRANTED.

**ORDERED:** Defendant shall be imprisoned for **18 months** as to Counts One and Two of the Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years** as to each count, to be served concurrently.

No fine imposed.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at the facility in Florence, Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) as to each count, to be paid immediately.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 10:21 a.m.          Hearing concluded.          Total time:     01:21